UNITED STATES COURTS
DISTRICT OF COLORADO

# Juror Question (s)

*Please remember, you may submit a question only to the* *<u>witness</u>* *in this case, not to the Judge or attorneys.*

For Witness: GREG OWENS

Question: (1) [illegible] IS THE MDA PERFORMING THEIR OWN SCANS A VIOLATION OF FISMA OR ANY OTHER STANDARD [illegible] CYBER SECURITY REGULATIONS?

(2) DOES THE CCRM CONTRACT STIPULATE THAT SERCO WILL USE FISMA OR OTHER STANDARDS TO ASSESS CYBERSECURITY RISKS?

(3) COULD MR. KOSAKOWSKI [illegible]

***If additional space is needed, please use the back of this form.*** → OVER

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 10

**ACTION BY THE COURT:**

no objection

- ☑ **Permitted**
- ☐ **Denied**
- ☐ **Rephrased**

HAVE MOVED OVER TO ANOTHER SERCO CONTRACT, PROGRAM, OR ROLE AS AN ALTERNATIVE OPTION? IF SO, WAS THAT CONSIDERED?

(4) WHY WAS MR. KOSAKOWSKI NOT PLACED ON A PIP OR GIVEN MORE WRITTEN WARNINGS PRIOR TO BEING TERMINATED?