IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 1:25-cv-01354-RBJ | Date: October 23, 2026 |
| Courtroom Deputy: | Laura Galera | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ANDREW KOSAKOWSKI,<br><br>Plaintiff, | *Clayton Wire*<br>*Megan O'Byrne* |
| **v.** | |
| SERCO, INC.,<br><br>Defendant. | *Matthew Wright*<br>*Kelly Kafer* |

## COURTROOM MINUTES

**JURY TRIAL DAY FOUR**

**8:59 a.m. Court in session.**

Jury not present.

The Court finds that the incident witness statements are admissible.

9:06 a.m. Jury panel present.

Continued direct examination of Ms. Baumler by Mr. Wright.
**Exhibits DX-CC and DX-EE are ADMITTED.**

9:51 a.m. Cross examination of Ms. Baumler by Ms. O'Byrne.
**Exhibits OOOO, 32, DX-ZZZZ and 23 are ADMITTED.**

10:35 a.m. Redirect examination of Ms. Baumler by Mr. Wright.
**Exhibit FFF is ADMITTED.**

10:39 a.m. Jury excused.

Discussion regarding juror questions.

**10:45 p.m. Court in recess.**
**10:56 p.m. Court in session.**

Jury not present.

Ms. O'Byrne requests a limiting instruction regarding witness statements.

Discussion regarding juror questions.

10:59 a.m. Jury present.

Court questions the witness with the jurors' questions.

11:13 a.m. Follow up questions by Ms. O'Byrne.

Witness excused.

Defendant's witness, Kevin Pearson, called and sworn.

11:24 p.m. Direct examination of Mr. Pearson by Mr. Wright.
**Exhibit I is ADMITTED.**

11:47 a.m. Bench conference.

Plaintiff's objection to the admission of Exhibit DX-XXX is SUSTAINED.

Jury excused.

**12:00 p.m. Court in recess.**
**1:01 p.m. Court in session.**

Jury present.

Cross examination of Mr. Pearson by Ms. O'Byrne.
**Exhibit 25 is ADMITTED.**

1:19 p.m. Bench conference regarding jurors' questions.

1:20 p.m. Court questions the witness with the jurors' questions.

Defense rests.

Defendant renews its Rule 50 Motion.

**ORDERED:** Defendant's renewed Rule 50 Motion is DENIED.

1:27 p.m. Court instructs jury.

1:59 p.m. Closing argument by Mr. Wire.

2:32 p.m. Closing argument by Mr. Wright.

3:01 p.m. Rebuttal closing argument by Mr. Wire.

3:13 p.m. Jury excused to begin deliberation.

Discussion regarding objections to jury instructions for the record.

Discussion regarding exhibits.

Ms. O'Byrne moves for the admission of Exhibit DX-Y.

**Exhibit DX-Y is ADMITTED.**

**3:25 p.m. Court in recess.**
**5:03 p.m. Court in session.**

Jury not present.

Discussion regarding jurors' questions.

**5:06 p.m. Court in recess.**
**5:11 p.m. Court in session.**

Jury not present.

Court and counsel agree on an answer, which is delivered to the jury.

**5:13 p.m. Court in recess.** Trial continued. Total time in Court: 5:19