# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01354-RBJ

ANDREW KOSAKOWSKI,

Plaintiff,

v.

SERCO, INC., a New Jersey corporation,

Defendant.

---

## VERDICT FORM

---

We the jury, on our oaths, present our Answers to Questions submitted by the court, to which we have all agreed:

## CLAIM ONE – VIOLATION OF THE DEFENSE CONTRACTOR WHISTLEBLOWER PROTECTION ACT

**Question 1:** Do you find the plaintiff, Andrew Kosakowski, has proved by a preponderance of the evidence the elements of his claim for retaliation in violation of the Defense Contractor Whistleblower Protection Act, as set forth in Instruction No. 8?

**ANSWER:** Yes __X__ No ______

If you answered "no" to Question No. 1 your verdict on Claim One is for Serco, please skip to Question No. 3, below.

If you answered "yes" to Question No. 1, then please answer Question No. 2 below.

**Question 2:** Do you find the defendant, Serco, Inc., has proved by clear and convincing evidence that it would have fired Mr. Kosakowski at the same time, even if he had not engaged in protected activity, as set forth in Instruction No. 11?

**ANSWER:** Yes ______ No __X__

If you answered "Yes" to Question No. 2 your verdict on Claim One is for Serco. If you answered "No," your verdict on Claim One is for Mr. Kosakowski.

Please proceed to Question No. 3 below.

## CLAIM TWO: WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY

**Question 3:** Do you find the plaintiff, Andrew Kosakowski, has proved by a preponderance of the evidence all elements of his claim for Wrongful Discharge in Violation of Public Policy, as set forth in Instruction No. 12?

**ANSWER:** Yes X No _______

If you answered "Yes," your verdict on Claim Two is for Mr. Kosakowski. If you answered "No," your verdict on Claim Two is for Serco.

Please proceed to question No. 5 below.

## DAMAGES

**Question 5:** Based on your answers above, did you find for Mr. Kosakowski on one or more of his two claims?

**ANSWER:** Yes X No ______

If you answered "no" to Question No. 5 then STOP HERE and go to the end of the verdict form and sign as indicated.

If you answered "yes" to Question No. 5 proceed to Question Nos. 6, and 7.

**Question 6:** What amount of noneconomic damages, if any, do you award Mr. Kosakowski?

$ 1,200,000

**Question 7:** Did you find for Mr. Kosakowski on his Wrongful Discharge in Violation of Public Policy claim?

**ANSWER:** Yes X No ______

If you answered "yes" to Question No. 7 proceed to Question No. 8.

If you answered "no" to Question No. 7 then STOP HERE and go to the end of the verdict form and sign as indicated.

**Question No. 8**: Did Mr. Kosakowski prove beyond a reasonable doubt that Serco acted in a willful and wanton manner in causing Mr. Kosakowski's damages, as set forth in Instruction 16?

**ANSWER:** Yes ______ No X

If you answered "no" to Question No. 8 then STOP HERE and go to the end of the verdict form and sign as indicated.

If you answered "yes" to Question No. 8 proceed to Question No. 9.

**Question 9:** What amount of punitive damages, if any, do you award Mr. Kosakowski?

$____________________

Signatures of all jurors:

[redacted]

[redacted]

**FOREPERSON**