IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 25-cv-01354-RBJ

ANDREW KOSAKOWSKI,

Plaintiff,

v.

SERCO, INC., a New Jersey Corporation,

Defendant.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the trial on October 26, 2026, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 26th day of October, 2026.

BY THE COURT:
s/R. Brooke Jackson
R. Brooke Jackson, U.S. District Judge